# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0360. AKENO REID v. SHANDI RENEE SUTTON.**

We granted Akeno Reid's application for discretionary review of the trial court's order denying his motions to vacate certain child support and contempt orders that had been entered during the course of these proceedings. After careful review of the entire record in this case and the record in an earlier appeal that was dismissed, Case No. A25A0917, we have determined that Reid's application for discretionary appeal was improvidently granted. Accordingly, we hereby order that the current appeal be dismissed.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/02/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*